**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1789**

JAMES D. JACOBS,

        Plaintiff - Appellant,

        v.

RICHLAND COUNTY; RICHLAND COUNTY SHERIFF'S DEPARTMENT; LEON LOTT, individually and in his official capacity as Richland County Sheriff; DEPUTY JAMES GILBERT, individually and each in his Official capacity as Richland County Deputy Sheriff; DEPUTY RANDY DAVIS, individually and each in his Official capacity as Richland County Deputy Sheriff; DEPUTY JUSTIN MOODY, individually and each in his Official capacity as Richland County Deputy Sheriff,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Sherri A. Lydon, District Judge.  (3:18-cv-03216-SAL)

Submitted:  July 23, 2021                Decided:  August 13, 2021

Before WILKINSON, MOTZ, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Dwight Hudson, HUDSON LAW OFFICES, Myrtle Beach, South Carolina, for Appellant.  Andrew F. Lindemann, LINDEMANN & DAVIS, P.A., Columbia, South Carolina; Robert D. Garfield, CROWE LAFAVE, LLC, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James D. Jacobs appeals the district court's order accepting the recommendation of the magistrate judge and granting Appellees' Fed. R. Civ. P. 12(c) motion for judgment on the pleadings in his 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jacobs v. Richland Cnty.*, No. 3:18-cv-03216-SAL (D.S.C. June 23, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*